### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kellie M. Brazeale<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 16-10744 TPA |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing, as Servicer for U.S. Bank, National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1, and index same on the master mailing list.

Re: Loan # Ending In: 9765

    Respectfully submitted,

    **/s/ Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    jgoldman@kmllawgroup.com
    Attorney I.D. No. 205047
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-825-6306
    Fax: 215-825-6406
    Attorney for Movant/Applicant