# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 16-10744-TPA |
| | : | |
| **Kellie M Brazeale,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| **Kellie M Brazeale,** | : | |
| Movant, | : | Hearing Date & Time: |
| | : | May 24, 2017 at 11:30AM |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **May 12, 2017,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **MAY 24, 2017 AT 11:30 AM** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: April 25, 2017                                                                                          Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **April 25, 2017**              *By: /s/ Anne M. Clement*
                                                                                ANNE M. CLEMENT, PARALEGAL
                                                                                FOSTER LAW OFFICES, LLC
                                                                                PO Box 966
                                                                                Meadville, PA 16335
                                                                                Tel 814.724.1165
                                                                                Fax 814.724.1158

MATRIX

Commonwealth of Virginia
PO Box 2156
Richmond, VA 23218-2156

Condominiums at Kirkpatrick Farms Assoc.
c/o Raymond Cerese
20605 Gordon Park Square Suite 170
Ashburn, VA 20147-3147

Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

Northwest Federal Credit Union
200 Springs Street
Herndon, VA 20170-5292

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue Room 806
Pittsburgh, PA 15222-4027

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Synchrony Bank / Lowes
Po Box 965064
Orlando, FL 32896-5064

Specialized Loan Servicing
Po Box 636005
Littleton, CO 80163-6005

U.S. Bank, National Association
P.O. Box 65250
Salt Lake City, UT 84165-0250

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

County of Loudoun
PO Box 1000
Leesburg, VA 20177-1000

Kellie M. Brazeale
28 Keith Avenue
Oil City, PA 16301-2243

George Mason University Student Accounts
4400 University Drive
Fairfax, VA 22030-4444

Internal Revenue Service
Insolvency Unit PO Box 628
Pittsburgh, PA 15230

Northwest Federal Credit Union
PO Box 1229
Herndon, VA 20172-1229

TBL
560 South Herlong Avenue
Rock Hill, SC 29732-9360

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702