**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | Bankruptcy No. 16-10744-TPA |
| | : | |
| **Kellie M Brazeale,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| **Kellie M Brazeale,** | : | |
| Movant, | : | Hearing Date & Time: |
| | : | May 24, 2017 at 11:30AM |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, filed on April 25, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Application appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than May 12, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date: May 15, 2017

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **May 15, 2017**　　　　　　　　　　　　*By: /s/ Anne M. Clement*
　　　　　　　　　　　　　　　　　　　　　　　　　ANNE M. CLEMENT, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

MATRIX

Commonwealth of Virginia
PO Box 2156
Richmond, VA 23218-2156

Condominiums at Kirkpatrick Farms Assoc.
c/o Raymond Cerese
20605 Gordon Park Square Suite 170
Ashburn, VA 20147-3147

Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

Northwest Federal Credit Union
200 Springs Street
Herndon, VA 20170-5292

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue Room 806
Pittsburgh, PA 15222-4027

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Synchrony Bank / Lowes
Po Box 965064
Orlando, FL 32896-5064

Specialized Loan Servicing
Po Box 636005
Littleton, CO 80163-6005

U.S. Bank, National Association
P.O. Box 65250
Salt Lake City, UT 84165-0250

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

County of Loudoun
PO Box 1000
Leesburg, VA 20177-1000

Kellie M. Brazeale
28 Keith Avenue
Oil City, PA 16301-2243

George Mason University Student Accounts
4400 University Drive
Fairfax, VA 22030-4444

Internal Revenue Service
Insolvency Unit PO Box 628
Pittsburgh, PA 15230


Northwest Federal Credit Union
PO Box 1229
Herndon, VA 20172-1229


TBL
560 South Herlong Avenue
Rock Hill, SC 29732-9360


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702