**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10744-TPA |
| | : | |
| **Kellie M Brazeale,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ ____ | : | DOCKET NO.: |
| **Kellie M Brazeale,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Notice of Proposed Modification, Amended Chapter 13 Plan and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>June 13, 2017</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst    </u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Commonwealth of Virginia
c/o Department of Taxation
PO Box 2156
Richmond, VA 23218-2156

Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Specialized Loan Servicing
Attn: Bankruptcy
Po Box 636005
Littleton, CO 80163-6005

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Kellie M. Brazeale
28 Keith Avenue
Oil City, PA 16301-2243

Condominiums at Kirkpatrick Farms Assoc.
c/o Raymond Cerese
20605 Gordon Park Square
Suite 170
Ashburn, VA 20147-3147

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Northwest Federal Credit Union
200 Springs Street
Herndon, VA 20170-5292

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Synchrony Bank / Lowes
Po Box 965064
Orlando, FL 32896-5064

U.S. Bank, National Association
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Chase Mortgage
Po Box 24696
Columbus, OH 43224-0696

County of Loudoun
PO Box 1000
Leesburg, VA 20177-1000

George Mason University Student Accounts
4400 University Drive
Fairfax, VA 22030-4444

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Northwest Federal Credit Union
PO Box 1229
Herndon, VA 20172-1229

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165-0250

TBL
560 South Herlong Avenue
Rock Hill, SC 29732-9360

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702