Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kellie M. Brazeale**
  Debtor(s)

Bankruptcy Case No.: 16–10744–TPA
Related to Docket No. 46
Chapter: 13
Docket No.: 47 – 46
Concil. Conf.: 4/7/20 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 23, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **4/7/20** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 17, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-10744-TPA
Kellie M. Brazeale                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: 213            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db              +Kellie M. Brazeale,    28 Keith Avenue,    Oil City, PA 16301-2243
14269094        +Chase Mortgage,    Po Box 24696,    Columbus, OH 43224-0696
14275829        +Condominiums at Kirkpatrick Farms Assoc.,    c/o Raymond Cerese,    20605 Gordon Park Square,
                  Suite 170,    Ashburn, VA 20147-3147
14275830        +County of Loudoun,    PO Box 1000,    Leesburg, VA 20177-1000
14269095        +Federal Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14269096        +George Mason University Student Accounts,    4400 University Drive,    Fairfax, VA 22030-4444
14269103        +Specialized Loan Servicing,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
14269105        +TBL,   560 South Herlong Avenue,    Rock Hill, SC 29732-9360
14269106       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
14337670         U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14343296        +E-mail/Text: bkr@taxva.com Jan 18 2020 03:18:21      Commonwealth of Virginia,
                  c/o Department of Taxation,    PO Box 2156,   Richmond, VA 23218-2156
14269098        +E-mail/Text: cio.bncmail@irs.gov Jan 18 2020 03:17:17      Internal Revenue Service,
                  Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
14269101        +E-mail/PDF: lossmitigation@nwfcu.org Jan 18 2020 03:26:36      Northwest Federal Credit Union,
                  PO Box 1229,   Herndon, VA 20172-1229
14269100        +E-mail/PDF: lossmitigation@nwfcu.org Jan 18 2020 03:26:37      Northwest Federal Credit Union,
                  200 Springs Street,    Herndon, VA 20170-5292
14269102        +E-mail/Text: jennifer.chacon@spservicing.com Jan 18 2020 03:18:43
                  Select Portfolio Servicing, Inc,    Po Box 65250,   Salt Lake City, UT 84165-0250
14269104        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:14:08      Synchrony Bank / Lowes,
                  Po Box 965064,   Orlando, FL 32896-5064
14353061         E-mail/Text: jennifer.chacon@spservicing.com Jan 18 2020 03:18:43
                  U.S. Bank, National Association,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
14275831         E-mail/Text: bkr@taxva.com Jan 18 2020 03:18:20      VA Department of Taxation,    PO Box 1478,
                  Richmond, VA 23218
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank, National Association, as Trustee for BE
14269099*       +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                  Pittsburgh, PA 15222-4027
14269097*        Internal Revenue Service,    Insolvency Unit,   PO Box 628,    Pittsburgh, PA 15230
                                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Kellie M. Brazeale dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for BEAR
               STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Jan 17, 2020
                               Form ID: 213                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua I. Goldman    on behalf of Creditor    U.S. Bank, National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 5