**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10744-TPA |
| | : | |
| Kellie M. Brazeale, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Kellie M. Brazeale, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 51 |
| | : | |
| vs. | : | |
| | : | |
| DFAS Garnishment Law Directorate, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: March 4, 2020               By: /s/ Clarissa Bayhurst
                                         CLARISSA BAYHURST, PARALEGAL
                                         FOSTER LAW OFFICES
                                         Po Box 966
                                         Meadville, PA 16335
                                         Tel 814.724.1165
                                         Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

# MATRIX

**DFAS GARNISHMENT LAW DIRECTORATE**
**ATTENTION: BANKRUPTCY**
**P.O. BOX 998002**
**CLEVELAND, OH 44199-8002**