**Form RSC Conciliation (Reschedule Conciliation–COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kellie M. Brazeale** | : | Case No. 16–10744–TPA |
| *Debtor(s)* | : | |
| | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

    ***AND NOW,*** this ***The 31st of March, 2020***, due to the COVID–19 virus pandemic, the conciliation conference scheduled for April 7, 2020 is ***RESCHEDULED*** to ***6/9/20 at 10:30 AM Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.***

cm: Debtor
    Daniel P. Foster, Esq.
    Ronda J. Winnecour, Esq.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-10744-TPA
Kellie M. Brazeale                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: vson            Page 1 of 1            Date Rcvd: Mar 31, 2020
                               Form ID: RSCcon2      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db              +Kellie M. Brazeale,    28 Keith Avenue,    Oil City, PA 16301-2243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Kellie M. Brazeale dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for BEAR
          STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1
          bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank, National Association, as Trustee for BEAR
          STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1
          bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5