## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 16-10744-TPA |
| Kellie M. Brazeale, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to Docket No. 61 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | Hearing Date & Time: |
| | : | **August 11, 2021 at 11:00 A.M.** |
| vs. | : | |
| No Respondent. | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **July 11, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **August 11, 2021 at 11:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>June 24, 2021</u>

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION* and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **June 24, 2021**     *By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    (p)JPMORGAN CHASE BANK N A
0315-1                                   U.S. Courthouse, Room B160               BANKRUPTCY MAIL INTAKE TEAM
Case 16-10744-TPA                        17 South Park Row                        700 KANSAS LANE FLOOR 01
WESTERN DISTRICT OF PENNSYLVANIA         Erie, PA 16501-1169                      MONROE LA 71203-4774
Erie
Thu Jun 24 09:43:25 EDT 2021

Commonwealth of Virginia                 Condominiums at Kirkpatrick Farms Assoc. County of Loudoun
c/o Department of Taxation               c/o Raymond Cerese                       PO Box 1000
PO Box 2156                              20605 Gordon Park Square                 Leesburg, VA 20177-1000
Richmond, VA 23218-2156                  Suite 170
                                         Ashburn, VA 20147-3147

Federal Loan Servicing                   George Mason University Student Accounts Internal Revenue Service
PO Box 69184                             4400 University Drive                    Centralized Insolvency Operations
Harrisburg, PA 17106-9184                Fairfax, VA 22030-4444                   PO Box 7346
                                                                                  Philadelphia, PA 19101-7346

Internal Revenue Service                 Internal Revenue Service                 Northwest Federal Credit Union
Insolvency Unit                          William Moor-Head Building               200 Springs Street
PO Box 628                               1000 Liberty Avenue                      Herndon, VA 20170-5292
Pittsburgh, PA 15230                     Room 806
                                         Pittsburgh, PA 15222-4027

Northwest Federal Credit Union           Office of the United States Trustee      Select Portfolio Servicing, Inc
PO Box 1229                              Liberty Center.                          Po Box 65250
Herndon, VA 20172-1229                   1001 Liberty Avenue, Suite 970           Salt Lake City, UT 84165-0250
                                         Pittsburgh, PA 15222-3721

Specialized Loan Servicing               Synchrony Bank / Lowes                   TBL
Attn: Bankruptcy                         Po Box 965064                            560 South Herlong Avenue
Po Box 636005                            Orlando, FL 32896-5064                   Rock Hill, SC 29732-9360
Littleton, CO 80163-6005

(p)TOYOTA MOTOR CREDIT CORPORATION       U.S. Bank, National Association          U.S. Department of Education
PO BOX 8026                              c/o Select Portfolio Servicing, Inc.    c/o FedLoan Servicing
CEDAR RAPIDS IA 52408-8026               P.O. Box 65250                           P.O. Box 69184
                                         Salt Lake City, UT 84165-0250            Harrisburg, PA 17106-9184

VA Department of Taxation                Daniel P. Foster                         Kellie M. Brazeale
PO Box 1478                              Foster Law Offices                       28 Keith Avenue
Richmond, VA 23218-1478                  1210 Park Avenue                         Oil City, PA 16301-2243
                                         Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Mortgage
Po Box 24696
Columbus, OH 43224

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank, National Association, as Truste

End of Label Matrix
Mailable recipients   24
Bypassed recipients    1
Total                 25