**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 16-10744-TPA |
| Kellie M. Brazeale, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to Docket No. 61 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | Hearing Date & Time: |
| | : | August 11, 2021 at 11:00 A.M. |
| vs. | : | |
| No Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Final Compensation**, filed on June 24, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than July 11, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: July 16, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

   I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>July 16, 2021</u> | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 16-10744-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jun 24 09:43:25 EDT 2021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Commonwealth of Virginia<br>c/o Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-2156 | Condominiums at Kirkpatrick Farms Assoc.<br>c/o Raymond Cerese<br>20605 Gordon Park Square<br>Suite 170<br>Ashburn, VA 20147-3147 | County of Loudoun<br>PO Box 1000<br>Leesburg, VA 20177-1000 |
| Federal Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | George Mason University Student Accounts<br>4400 University Drive<br>Fairfax, VA 22030-4444 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>William Moor-Head Building<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222-4027 | Northwest Federal Credit Union<br>200 Springs Street<br>Herndon, VA 20170-5292 |
| Northwest Federal Credit Union<br>PO Box 1229<br>Herndon, VA 20172-1229 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Specialized Loan Servicing<br>Attn: Bankruptcy<br>Po Box 636005<br>Littleton, CO 80163-6005 | Synchrony Bank / Lowes<br>Po Box 965064<br>Orlando, FL 32896-5064 | TBL<br>560 South Herlong Avenue<br>Rock Hill, SC 29732-9360 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | U.S. Bank, National Association<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| VA Department of Taxation<br>PO Box 1478<br>Richmond, VA 23218-1478 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Kellie M. Brazeale<br>28 Keith Avenue<br>Oil City, PA 16301-2243 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Mortgage
Po Box 24696
Columbus, OH 43224

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank, National Association, as Truste

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25