# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KELLIE M BRAZEALE

    Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
  vs.
KELLIE M BRAZEALE

  Respondents

Case No. 16-10744TPA

Chapter 13

Document No. __67__

FILED
8/3/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___3rd___ day of __August__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Defense Finance And Accounting Services(Emp)*
Attn: Payroll Manager
Garnishment Dept
Pob 998002
Cleveland, OH 44199-

is hereby ordered to immediately terminate the attachment of the wages of KELLIE M BRAZEALE, social security number XXX-XX-4398. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KELLIE M BRAZEALE.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

jlm

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10744-TPA |
| Kellie M. Brazeale | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

**Recip ID     Recipient Name and Address**
db          + Kellie M. Brazeale, 28 Keith Avenue, Oil City, PA 16301-2243

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Kellie M. Brazeale dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1 User: culy Page 2 of 2
Date Rcvd: Aug 03, 2021 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5