Certificate Number: 02998-PAW-DE-035919148

Bankruptcy Case Number: 16-10744



02998-PAW-DE-035919148

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2021, at 12:42 o'clock PM EDT, Kellie M Brazeale completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 16, 2021

By: /s/Gloria  Wright

Name: Gloria  Wright

Title: Counselor