IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 16-10744-TPA** |
| | : | |
| **Kellie M. Brazeale,** | : | |
|         Debtor, | : | |
| | : | **Chapter 13** |
| **Kellie M. Brazeale,** | : | |
|         Movant, | : | |
|     v. | : | **Docket No. 72** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|         Chapter 13, Trustee, | : | |
|         Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 16, 2021 at docket number 71, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>August 26, 2021</u>                                               /s/ Daniel P. Foster, Esquire
                                                                           Daniel P. Foster
                                                                           PA I.D. # 92376
                                                                           Foster Law Offices
                                                                           1210 Park Avenue
                                                                           Meadville, PA 16335
                                                                           Phone: 814.724.1165
                                                                           Fax: 814.724.1158
                                                                           Email: dan@mrdebtbuster.com
                                                                           Attorney for Debtor

**PAWB Local Form 24 (07/13)**