**Form 300b**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kellie M. Brazeale** | : | Case No. 16−10744−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 73 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/1/21 at 12:00 PM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   ***AND NOW***, this **The 27th of September, 2021**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 73 , by the Chapter 13 Trustee

   It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

   **(1)** ***On or before November 12, 2021***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   **(2)** This *Motion* is scheduled for hearing on ***December 1, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   **(3)** If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

                           Thomas P. Agresti, Judge
                           United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                          Case No. 16-10744-TPA

Kellie M. Brazeale                                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                        User: jmar                                                        Page 1 of 2

Date Rcvd: Sep 27, 2021                               Form ID: 300b                                            Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kellie M. Brazeale, 28 Keith Avenue, Oil City, PA 16301-2243 |
| 14275829 | + | Condominiums at Kirkpatrick Farms Assoc., c/o Raymond Cerese, 20605 Gordon Park Square, Suite 170, Ashburn, VA 20147-3147 |
| 14275830 | + | County of Loudoun, PO Box 1000, Leesburg, VA 20177-1000 |
| 14269099 | + | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14269096 | + | George Mason University Student Accounts, 4400 University Drive, Fairfax, VA 22030-4444 |
| 14269102 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14269103 | + | Specialized Loan Servicing, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14269105 | + | TBL, 560 South Herlong Avenue, Rock Hill, SC 29732-9360 |
| 14269106 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14353061 | | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14337670 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14343296 | + | Email/Text: bkr@taxva.com | Sep 27 2021 23:25:00 | Commonwealth of Virginia, c/o Department of Taxation, PO Box 2156, Richmond, VA 23218-2156 |
| 14269098 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2021 23:24:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14269094 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14269100 | + | Email/PDF: lossmitigation@nwfcu.org | Sep 27 2021 23:39:28 | Northwest Federal Credit Union, 200 Springs Street, Herndon, VA 20170-5292 |
| 14269101 | + | Email/PDF: lossmitigation@nwfcu.org | Sep 27 2021 23:39:30 | Northwest Federal Credit Union, PO Box 1229, Herndon, VA 20172-1229 |
| 14269104 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:49 | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14275831 | + | Email/Text: bkr@taxva.com | Sep 27 2021 23:25:00 | VA Department of Taxation, PO Box 1478, Richmond, VA 23218-1478 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, National Association, as Trustee for BE |
| 14269099 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

District/off: 0315-1                                User: jmar                                Page 2 of 2
Date Rcvd: Sep 27, 2021                          Form ID: 300b                           Total Noticed: 18

14269097          *          Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank  National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Debtor Kellie M. Brazeale dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | |
| | on behalf of Creditor U.S. Bank  National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5