**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> KELLIE M BRAZEALE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:16-10744 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 24, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/03/2016 and confirmed on 10/25/16. The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,545.00 |
| Less Refunds to Debtor | 103.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,441.05 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,650.00 | |
|   Trustee Fee | 1,572.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,222.13 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NORTHWEST FEDERAL CREDIT UNION | 1,175.36 | 1,175.36 | 129.10 | 1,304.46 |
|     Acct: 3807 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9765 | | | | |
| | | | | 1,304.46 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KELLIE M BRAZEALE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KELLIE M BRAZEALE | 103.95 | 103.95 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 950.00 | 950.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/21 | | | | |
|   INTERNAL REVENUE SERVICE* | 11,877.87 | 11,877.87 | 0.00 | 11,877.87 |
|     Acct: 4398 | | | | |
|   VIRGINIA DEPT OF TAXATION | 3,148.95 | 3,148.95 | 0.00 | 3,148.95 |
|     Acct: 4398 | | | | |
|   ROUTE 8 AUTO SALES* | 6,501.70 | 6,501.70 | 1,670.42 | 8,172.12 |
|     Acct: | | | | |
| | | | | 23,198.94 |
| **Unsecured** | | | | |
|   CONDOMINIUMS AT KIRKPATRICK FARMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1300 | | | | |
|   US DEPARTMENT OF EDUCATION | 25,319.70 | 1,266.15 | 0.00 | 1,266.15 |
|     Acct: 4398 | | | | |
|   FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   NORTHWEST FEDERAL CREDIT UNION | 4,201.21 | 210.09 | 0.00 | 210.09 |
|     Acct: 3807 | | | | |
|   NORTHWEST FEDERAL CREDIT UNION | 2,790.75 | 139.56 | 0.00 | 139.56 |

16-10744 TPA                                                                                            Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 3807 | | | | |
|   SPECIALIZED LOAN SERVICING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8588 | | | | |
|   TBL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7059 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,132.89 | 56.66 | 0.00 | 56.66 |
|     Acct: 4398 | | | | |
|   VIRGINIA DEPT OF TAXATION | 861.00 | 43.06 | 0.00 | 43.06 |
|     Acct: 4398 | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE MASON UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,715.52 |

TOTAL PAID TO CREDITORS                                                                              26,218.92

TOTAL CLAIMED
PRIORITY            21,528.52
SECURED              1,175.36
UNSECURED           34,305.55


Date: 09/24/2021                                           /s/ Ronda J. Winnecour

                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KELLIE M BRAZEALE

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10744 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                       Case No. 16-10744-TPA

Kellie M. Brazeale                                                   Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                      User: jmar                                    Page 1 of 2

Date Rcvd: Sep 27, 2021                              Form ID: pdf900                          Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kellie M. Brazeale, 28 Keith Avenue, Oil City, PA 16301-2243 |
| 14275829 | + | Condominiums at Kirkpatrick Farms Assoc., c/o Raymond Cerese, 20605 Gordon Park Square, Suite 170, Ashburn, VA 20147-3147 |
| 14275830 | + | County of Loudoun, PO Box 1000, Leesburg, VA 20177-1000 |
| 14269095 | + | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14269096 | + | George Mason University Student Accounts, 4400 University Drive, Fairfax, VA 22030-4444 |
| 14269102 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14269103 | + | Specialized Loan Servicing, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14269105 | + | TBL, 560 South Herlong Avenue, Rock Hill, SC 29732-9360 |
| 14269106 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14353061 | | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14337670 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14343296 | + | Email/Text: bkr@taxva.com | Sep 27 2021 23:25:00 | Commonwealth of Virginia, c/o Department of Taxation, PO Box 2156, Richmond, VA 23218-2156 |
| 14269098 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2021 23:24:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14269094 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:23 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14269100 | + | Email/PDF: lossmitigation@nwfcu.org | Sep 27 2021 23:39:53 | Northwest Federal Credit Union, 200 Springs Street, Herndon, VA 20170-5292 |
| 14269101 | + | Email/PDF: lossmitigation@nwfcu.org | Sep 28 2021 00:51:13 | Northwest Federal Credit Union, PO Box 1229, Herndon, VA 20172-1229 |
| 14269104 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:37 | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14275831 | + | Email/Text: bkr@taxva.com | Sep 27 2021 23:25:00 | VA Department of Taxation, PO Box 1478, Richmond, VA 23218-1478 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, National Association, as Trustee for BE |
| 14269099 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |

District/off: 0315-1 | User: jmar | Page 2 of 2
Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 18

14269097      *      Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor U.S. Bank National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Kellie M. Brazeale dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joshua I. Goldman
on behalf of Creditor U.S. Bank National Association, as Trustee for BEAR STEARNS MORTGAGE FUNDING TRUST 2007-SL1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-SL1 jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5